UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOODLE TIME HOLDINGS, LTD., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>YO-KAI EXPRESS, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-09263-SVK<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 39 |

On June 27, 2022, the Court issued an order granting Defendants' motion to dismiss Plaintiff Noodle Boost's claims with leave to amend. Dkt. 39. In granting Plaintiff Noodle Boost 14 days to file an amended complaint, the Court warned Noodle Boost that its claims would be dismissed with prejudice for failure to prosecute if this deadline was not met. *Id.* at 8. As Plaintiff Noodle Boost has failed to file an amended complaint, Plaintiff Noodle Boost is ORDERED TO SHOW CAUSE in writing, on or before **July 26, 2022**, why the case should not be dismissed for failure to prosecute. The Parties are ordered to appear for a video hearing on this order on **August 9, 2022, at 9:30 a.m.** If Plaintiff Noodle Boost files a voluntary dismissal with prejudice by **July 26, 2022**, the Court will vacate the hearing date.

**SO ORDERED.**

Dated: July 18, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge